JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

APPENDIX H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ANTONIA JUDAH

## DEFENDANTS
EAST POINT RECOVERY

**(b)** County of Residence of First Listed Plaintiff ___CAMDEN___
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Cary L. Flitter, Esq., and Theodore E. Lorenz, Esq., Flitter Lorenz, P.C., 450 N. Narberth Avenue, Suite 101, Narberth, PA 19072, (610) 822-0782

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: FDCPA 15 USC § 1692

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 11/25/13

SIGNATURE OF ATTORNEY OF RECORD

---

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTONIA JUDAH<br>1607 Roberts Way<br>Voorhees, NJ 08043<br>　　　　　　　　Plaintiff,<br>vs.<br><br>EAST POINT RECOVERY<br>26 Mississippi Street<br>Buffalo, NY 14203<br>　　　　　　　　Defendant. | CIVIL ACTION NO. |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA").

2. The FDCPA prohibits debt collectors from using false, deceptive, or misleading representations or means, and/or engaging in harassing conduct, in connection with the collection of a consumer debt alleged due. 15 U.S.C. §1692d, §1692e. The FDCPA also prohibits third party contact except under very limited circumstances not present in this case. 15 U.S.C. § 1692c.

3. Here, Defendant falsely represented that it was calling from its "Legal Department" and that legal action was pending against Plaintiff, in violation of the FDCPA.

4. Defendant improperly contacted Plaintiff's grandmother in connection with the account claimed due from Plaintiff, in violation of the FDCPA.

### II. JURISDICTION

5. Jurisdiction arises under 15 U.S.C § 1692k, actionable through 28 U.S. C. §§ 1331, 1337.

### III. PARTIES

6. Plaintiff, Antonia Judah ("Judah" or "Plaintiff"), is an adult individual who resides in Voorhees, NJ at the address captioned.

7. Plaintiff is a "consumer" as that term is contemplated under the FDCPA, 15 U.S.C. § 1692a(3).

8. Defendant East Point Recovery ("East Point" or "Defendant") is a debt collection firm with a principal place of business in Buffalo, NY at the address captioned.

9. Defendant regularly engages in the collection of consumer debts in New Jersey by use of the mails and telephone.

10. Defendant regularly attempts to collect consumer debts alleged to be due another.

11. Defendant is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. § 1692a(6).

### IV. STATEMENT OF CLAIM

12. In and around July 2013, Defendant East Point began contacting Plaintiff in connection with a consumer debt claimed due from Plaintiff.

13. East Point represented during calls to Plaintiff that it was calling from its "Legal Department" and that legal action was pending against her.

14. During one call, East Point stated that it needed to update "a public record against Plaintiff for litigation", citing to "Docket No. 220402".

15. East Point also contacted Plaintiff's grandmother, stating that it was calling about a legal matter involving a collection account due from Plaintiff.

2

16. The FDCPA prohibits debt collectors, like Defendant, from using any false, deceptive or misleading representations or means in connection with the collection of a debt. 15 U.S.C. § 1692e and §1692e(10).

17. The FDCPA also prohibits debt collectors from engaging in conduct, the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of a debt. 15 U.S.C. § 1692d.

18. Here, East Point falsely, deceptively and misleadingly represented that it was calling from its "Legal Department" and that legal action was pending against Plaintiff in connection with its attempts to collect a consumer account from Plaintiff, in violation of the FDCPA.

19. In reality, East Point is not a law firm and does not have a Legal Department as that term connotes and implies.

20. East Point did not file a lawsuit against Plaintiff on the account claimed due.

21. East Point falsely threatened legal action to intimidate and harass Plaintiff, and create a false sense of urgency in connection with a debt claimed due, in violation of the FDCPA. 15 U.S.C. § 1692d; § 1692e(10).

22. Debt collectors are also prohibited from contacting third parties with the exception of acquiring location information if needed. 15 U.S.C. §1692c(b) and §1692b.

23. Here, Defendant did not have a legitimate need to contact Plaintiff's grandmother since it knew how to contact Plaintiff as evidenced by its prior communications with Plaintiff.

24. Plaintiff has been damaged as a result of East Point's unlawful collection conduct, including suffering from emotional distress, worry, aggravation and embarrassment.

## COUNT I
## (FAIR DEBT COLLECTION PRACTICES ACT)

25. Plaintiff repeats the allegations contained above as if the same were here set forth at length.

26. The acts by Defendant described above violate the Fair Debt Collection Practices Act, in the following ways:

(a) By communicating with a third party in connection with the collection of a debt, in violation of 15 U.S.C. § 1692c;

(b) By engaging in conduct, the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of a debt, in violation of 15 U.S.C. § 1692d; and

(c) By using false, deceptive or misleading representations or means in connection with the collection of an account claimed due in violation of 15 U.S.C. § 1692e; §1692e(10).

**WHEREFORE**, Plaintiff Antonia Judah demands judgment against Defendant East Point Recovery for:

(a) Damages;

(b) Attorney's fees and costs;

(c) Such other and further relief as the Court shall deem just and proper.

4

## V. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

                              Respectfully submitted:

Date: _____

                              CARY L. FLITTER
                              THEODORE E. LORENZ
                              ANDREW M. MILZ
                              Attorneys for Plaintiff

                              **FLITTER LORENZ, P.C.**
                              525 Rt. 73 South, Ste. 200
                              Marlton, NJ 08053
                              856-396-0600